479 A.2d 1120

Commonwealth v. Evans, Appellant.

Petition for Allowance of Appeal
Denied Oct. 17, 1984.

Argued September 20, 1983. Joel S. Moldovsky, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence imposed at Nos. 2347, 2350 and 2351 relating to robbery, kidnapping and prohibited offensive weapons is vacated; the judgment of sentence is otherwise affirmed.